**FILED**

JUL 2 8 2017

Clerk, U.S. District Court
District Of Montana
Billings



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-16-108-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |
| JED CARROLL HARLEY AKERS, | |
| Defendant. | |

UPON the Defendant's Motion to File Document Under Seal (Doc. 37), and for good cause appearing,

IT IS HEREBY ORDERED that the Polygraph report is filed under seal for viewing only by the Court, Assistant United States Attorney and defense counsel.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _28th_ day of July, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1